**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-60399-ALTMAN**

**EDUARDO ORTIZ FLORES**,

     *Petitioner*,

*v.*

**WARDEN, BROWARD**
**TRANSITIONAL CENTER**, *et al.*,

     *Respondents*.

_____/

## ORDER

Because the Petitioner is proceeding *pro se*—and to better manage the orderly progress of this case—we hereby **ORDER AND ADJUDGE** as follows:

1.    *Pro se* litigants, like all litigants, must comply with procedural rules. The Petitioner shall therefore comply with the Rules Governing Section 2254 Cases,[1] the Federal Rules of Civil Procedure,[2] and the Local Rules for the Southern District of Florida. The Petitioner may obtain the Local Rules from the Clerk of the Court. The Petitioner's failure to comply with the federal and local rules may result in sanctions, which could include dismissal of the case. Similarly, failure to comply with any court order may result in dismissal.

2.    Habeas proceedings, unlike ordinary civil proceedings, are subject to a heightened pleading standard. *See Borden v. Allen*, 646 F.3d 785, 810 (11th Cir. 2011). Thus, "[t]he § 2254 Rules and the § 2255 Rules mandate 'fact pleading' as opposed to 'notice pleading,' as authorized under

---

[1] Rule 1(b) of the Rules Governing Section 2254 Cases states that "[t]he district court may apply any or all of these rules to a habeas corpus petition not [enumerated under] Rule 1(a)."

[2] Under Rule 12 of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure apply in habeas proceedings "to the extent they are not inconsistent with any statutory provisions or [with the Rules Governing Section 2254 Cases]."

Federal Rule of Civil Procedure 8(a)." *Id.* Any claims that fail to meet this heightened standard will be dismissed or denied.

3.      It shall be the Petitioner's responsibility to keep the Court informed of the Petitioner's *current* address. To provide the Court with a new address, the Petitioner must file a "Notice of Change of Address" on the docket. That Notice must include both the new address and the date on which the new address became effective. The Notice may not include *any other* information. Until the Petitioner has filed such a Notice, the Court will not know whether the Petitioner has been transferred or released.

4.      **Under no circumstances shall the Petitioner mail any pleading or document to any Judge or Magistrate on this Court.** The Court will disregard any such pleading or document.

5.      The Petitioner shall not send letters to the Court or to the Clerk of the Court. Under the Federal Rules of Civil Procedure, if the Petitioner wants relief, the Petitioner must file a motion— that is, a document requesting that relief—on the Court's docket and must furnish copies of that motion to the opposing side. Because letters are not motions or pleadings, any letters from the Petitioner will be discarded and will not appear on the Court's docket.

6.      A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the Local Rules and the Federal Rules of Civil Procedure. If the Court instructs a *pro se* litigant to respond by a certain date, the *pro se* litigant must comply with that order.

7.      No litigant may call the Judge's chambers for legal advice about the case. This prohibition applies equally to the litigant's family, friends, or acquaintances. Brief case status information may be available from the Clerk of the Court. But the Petitioner should understand that no Court employee can (or will) provide legal advice to any litigant, *pro se* or otherwise.

8.      All filed papers must include the case style, case number, and appropriate title in the format required by the Local Rules.  The signature block of each pleading must also contain the *pro se*

litigant's name and address. Petitioner must mail the original of every pleading or document to the Clerk of the Court at one of the following addresses: for <u>Miami/Key West</u> cases, to 400 North Miami Avenue, 8th Floor, Miami, Florida 33128; for <u>Fort Lauderdale</u> cases, to 299 East Broward Boulevard, Room 108, Fort Lauderdale, Florida 33301; for <u>West Palm Beach</u> cases, to 701 Clematis Street, Room 202, West Palm Beach, Florida 33401; and for <u>Fort Pierce</u> cases, to 101 South U.S. Highway 1, Room 1016, Fort Pierce, Florida 34950.  Each such submission shall include (1) a copy of the filing or document and (2) a certificate of service, in which Petitioner shall state the date on which Petitioner mailed a true and accurate copy of the pleading or document to Respondent.

      **DONE AND ORDERED** in the Southern District of Florida on March 31, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Eduardo Ortiz Flores, *pro se*

       Noticing 2241/Bivens U.S. Attorney
       Email: usafls-2255@usdoj.gov

       Noticing INS Attorney
       Email: usafls-immigration@usdoj.gov